DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITION TO REHEAR

SEGREST v. GILLETTE

No. 49PA90

Case below: 331 N.C. 97

Petition by plaintiff to rehear pursuant to Appellate Rule 31 denied 7 May 1992.